# UNITED STATES DISTRICT COURT

## for the

### Eastern District of North Carolina

FILED IN OPEN COURT
ON  5/26/2016  CD
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

United States of America )
v. )
Jermaine Corey McGathey )
)    Case No:   4:12-CR-77-1BO
)    USM No:   56476-056
Date of Original Judgment:            January 16, 2013  )
Date of Previous Amended Judgment:           )    Suzanne Little, Assistant Federal Public Defender
*(Use Date of Last Amended Judgment if Any)*              *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  120  months **is reduced to**  96 months on Count 1;
Count 2 remains 60 months, consecutive, producing a total term of 156 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 16, 2013 shall remain in effect. **IT IS SO ORDERED.**

Order Date:   5/26/2016

Judge's signature

Effective Date: 
*(if different from order date)*

Terrence W. Boyle  U.S. District Judge
*Printed name and title*